1

2  Reuben D. Nathan, Esq. (SBN 208436)
   AZIMY & NATHAN, LLP
3  18500 Von Karman Ave., Suite 500
4  Irvine, California 92612
   Phone:  (949) 486-1888
5  Fax:      (949) 486-1889

6  Attorney of Record for Plaintiff, Mattie Johnson

7

8
                  **UNITED STATES DISTRICT COURT**
9
                  **EASTERN DISTRICT OF CALIFORNIA**
10

11

12  MATTIE JOHNSON,                        Case No.: 2:05-CV-02101-WBS-CMK

13
                      Plaintiff,
14
                                           **STIPULATION AND ORDER**
15              v.                         **EXTENDING TIME TO FILE**
                                           **ANSWER OR OTHERWISE**
16  M & B, L.P.; M & AROSTEGUI, L.P.       **RESPOND TO PLAINTIFF'S**
17  and Does 1 through 10, inclusive.      **COMPLAINT**

18

19
                      Defendants.
20

21

22

23

24

25

26

27

28


- 1 -

**STIPULATION EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Mattie Johnson and Defendants M & B, L.P. and M & Arostegui, L.P., stipulate and agree that Defendants shall have up to and including December 29, 2005 in which to file an answer or otherwise respond to the complaint herein.

The Defendants request this extension of time to resolve the matter informally without incurring legal costs.

There have been no other prior requests for extension herein.

DATED: December 2, 2005                **AZIMY & NATHAN, LLP**


By:  /s/ Reuben D. Nathan, Esq.
     Reuben D. Nathan, Esq.
     Attorney for Plaintiff, Mattie Johnson

DATED    : December 2, 2005
    **TRAINER & ROBERTSON**


By:  /s/ Daniel M. Steinberg, Esq. as authorized on December 2, 2005


     Daniel M. Steinberg, Esq.
     Attorney for Defendants, M & B, L.P.
     and M & Arostegui, L.P.

- 2 -

**STIPULATION EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

**ORDER**

Pursuant to the stipulation of the parties it is ordered that Defendants M & B, L.P. and M & Arostegui, L.P., shall have up to and including December 29, 2005 in which to file and serve an answer or otherwise respond to the complaint herein.

Dated:  December 5, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT