Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:     (949) 486-1889
E-mail: r.n@azimynathan.com
          e.a@azimynathan.com

Attorneys of Record for Plaintiff,
MATTIE JOHNSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON, | Case No.: 05-CV-02101-WBS CMK |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| M & B, L.P.; M & AROSTEGUI, L.P. and Does 1 through 10, inclusive. | **DATE:** January 17, 2006<br>**TIME:** 9:00 a.m. |
| Defendants. | **COURTROOM:** 5 |

- 1 -

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**

The parties, through their attorneys' undersigned, stipulate and agree that the scheduling conference, originally set to be heard on January 17, 2006 at 9:00 a.m. be continued for a period of thirty (30) days.  Plaintiff's counsel requests this continuance due to a calendar conflict.

DATED: December 12, 2005                                **AZIMY & NATHAN, LLP**

                                              By:  /s/ Reuben D. Nathan, Esq.
                                                   Reuben D. Nathan, Esq.
                                                   Attorneys for Plaintiff,
                                                      Mattie Johnson

DATED: December 12, 2005                                **TRAINER & ROBERTSON**

                By: /s/ Daniel M. Steinberg, Esq. as authorized on December 12, 2005
                                                Daniel M. Steinberg, Esq.
                                                Attorney for Defendant,
                                                M & B, L.P. and M & Arostegui, L.P.

**ORDER**

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the scheduling conference currently set to be heard on January 17, 2006 at 9:00 a.m. is continued to <u>February 17, 2006 at 9:00 am.</u>.

Dated:  December 15, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**