Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:   (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorney of Record for Plaintiff, Mattie Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>M & B, L.P.; M & AROSTEGUI, L.P. and Does 1 through 10, inclusive.<br><br>                    Defendants. | Case No.: 2:05-CV-02101-WBS-CMK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Mattie Johnson and Defendants M & B, L.P. and M & Arostegui, L.P., stipulate and agree that Defendants shall have up to and including February 4, 2006 in which to file an answer or otherwise respond to the complaint herein.

The Defendants request this extension of time to resolve the matter informally without incurring legal costs.

There has been one prior request for an extension herein.

DATED: January 6, 2006                      **AZIMY & NATHAN, LLP**

By: /s/ Reuben D. Nathan, Esq.
Reuben D. Nathan, Esq.
Attorney for Plaintiff, Mattie Johnson

DATED : January 6, 2006

      **TRAINER & ROBERTSON**

By:  /s/ Daniel M. Steinberg, Esq. as authorized on January 6, 2006
Daniel M. Steinberg, Esq.
Attorney for Defendants, M & B, L.P.
and M & Arostegui, L.P.

- 2 -

**STIPULATION EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

# ORDER

Pursuant to the stipulation of the parties it is ordered that Defendants M & B, L.P. and M & Arostegui, L.P., shall have up to and including February 4, 2006 in which to file and serve an answer or otherwise respond to the complaint herein.

Dated: January 9, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -

**STIPULATION EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**