Reuben D. Nathan, Esquire (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Avenue, Suite 500
Irvine, California 92612
Telephone: (949) 486-1888
Facsimile: (949) 486-1889
Email: r.n@azimynathan.com
mlr:2085136.388847.1

Attorneys for Plaintiff
MATTIE JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>M & B, L.P.; M & AROSTEGUI, L.P., and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:05-CV-02101-WBS-CMK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

PDF created with pdfFactory trial version www.pdffactory.com

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

1  Plaintiff MATTIE JOHNSON and Defendants M & B, L.P.; M &
2  AROSTEGUI, L.P., stipulate and agree that Defendants shall have up to and
3  including March 6, 2006, in which to file an answer or otherwise respond to the
4  Complaint herein.

5  The Defendants request this extension of time to resolve the matter
6  informally without incurring legal costs.

7  Dated: February 3, 2006                    AZIMY & NATHAN, LLP

8                                             By: /s/ Reuben D. Nathan, Esq.
9                                                 Reuben D. Nathan, Esq.
                                                  Attorney for Plaintiff, Mattie Johnson
10

13  Dated: February 3, 2006                    TRAINOR & ROBERTSON

15                                             By: /s/ Daniel M. Steinberg, Esq. as authorized on February 3, 2006
                                                   Daniel M. Steinberg, Esq.
16                                                 Attorney for Defendants, M & B, L.P.
                                                   and M & Arostegui, L.P.

## **ORDER**

Pursuant to the stipulation of the parties it is ordered that Defendants M & B, L.P.; M & AROSTEGUI, L.P., shall have up to and including March 6, 2006, in which to file and serve an answer or otherwise respond to the Complaint herein.

**Dated: February 3, 2006**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER EXTENDING TIME TO FILE ANSWER OR                    -1-
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

TRAINOR ROBERTSON
Attorneys At Law
701 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CALIFORNIA 95825-6700
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

PDF created with pdfFactory trial version www.pdffactory.com