Reuben D. Nathan, Esq.. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:    (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys of Record for Plaintiff, Mattie Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>                Plaintiff,<br><br>      v.<br><br>M & B, L.P.; M & AROSTEGUI, L.P. and Does 1 through 10, inclusive.<br><br>                Defendants. | Case No.: 2:05-CV-02101 WBS CMK<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c) AND ORDER THEREON** |

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**

**RULE 41(a) OR (c) AND ORDER THEREON**

1
2
3     PLEASE TAKE NOTICE THAT Plaintiff, Mattie Johnson, dismisses in its
4
5 entirety, the above-captioned matter and all Defendants thereto, with prejudice,
6 each party to bear its own attorneys' fees and costs.
7
8
9
10
11
12  DATED:  March 17, 2006                     **AZIMY & NATHAN, LLP**
13
14                                              **BY:** /s/ Reuben D. Nathan, Esq.
15                                              Reuben D. Nathan, Esq.
16                                              Attorney for Plaintiff, Mattie
17
18                                              Johnson
19
20
21
22
23
24
25
26
27
28

- 2 -

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE**

**RULE 41(a) OR (c) AND ORDER THEREON**

**ORDER**

The above-captioned matter and all defendants thereto are dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: March 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

RULE 41(a) OR (c) AND ORDER THEREON

## PROOF OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 18500 Von Karman Ave., Suite 500, Irvine, California 92612.

On March 17, 2006, I served the foregoing document described as:

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a) or (c) AND ORDER THEREON**

On the interested parties to this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Daniel M. Steinberg, Esq.
TRAINOR & ROBERTSON, APC
701 University Avenue, Suite 200
Sacramento, California 95825
Attorney for Defendants, M & B, L.P. and M & Arostegui, L.P.

I am readily familiar with the law firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The within correspondence will be deposited with the U.S. Postal Service on the same day shown on this affidavit, with postage fully prepaid, in the ordinary course of business. I am the person who sealed and placed for collection and mailing the within correspondence on this date at Irvine, California, following ordinary business practices.

_X_(State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on March 17, 2006, in the City of Irvine, County of Orange, State of California.

Christa Roberson                                    /s/ Christa Roberson

- 5 -

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE

RULE 41(a) OR (c) AND ORDER THEREON